Submitted on record and briefs February 23, reversed and remanded April 4, 2001

In the Matter of Steve Eddy,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## STEVE EDDY,
*Appellant.*

(00M0025; CA A110717)

21 P3d 1107

Andrew P. Ositis filed the brief for appellant.

Philip Schradle, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of an order of further mental commitment, asserting among other things that the trial court erred by failing to inform him of his rights under ORS 426.301. The state concedes that the trial court erred, and we agree. *State v. Montgomery*, 147 Or App 69, 934 P2d 640 (1997); *see also State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).

Reversed and remanded.